1   SEYFARTH SHAW LLP
    Gilmore F. Diekmann, Jr. (SBN 050400) gdiekmann@seyfarth.com
2   Eric A. Hill (SBN 173247) ehill@seyfarth.com
    Kamili Williams Dawson (SBN 193264) kdawson@seyfarth.com
3   560 Mission Street, Suite 3100
    San Francisco, California 94105
4   Telephone: (415) 397-2823
    Facsimile: (415) 397-8549
5
    SEYFARTH SHAW LLP
6   Michael L. Gallion (SBN 189128) mgallion@seyfarth.com
    Joshua A. Rodine (SBN 237774) jrodine@seyfarth.com
7   William C. Thomas (SBN 241789) wthomas@seyfarth.com
    2029 Century Park East #3300
8   Los Angeles, CA 90067-3063
    Telephone: (310) 277-7200
9   Facsimile:  (310) 201-5219

10  Attorneys for Defendants
    MCCORMICK & SCHMICK'S
11  SEAFOOD RESTAURANTS, INC. and
    MCCORMICK & SCHMICK RESTAURANT CORP.
12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

15  JUANITA WYNNE and DANTE BYRD, ON  )   Case No. C 06 3153 CW
    BEHALF OF THEMSELVES AND CLASSES )
    OF THOSE SIMILARLY SITUATED,      )   **STIPULATION AND [PROPOSED]**
16                                     )   **ORDER EXTENDING TIME TO**
                                       )   **PLEAD**
17             Plaintiff,              )
                                       )
18        v.                           )
                                       )
19  MCCORMICK & SCHMICK'S SEAFOOD     )
    RESTAURANTS, INC. and MCCORMICK & )
20  SCHMICK RESTAURANT CORP.,          )
                                       )
21  Defendants.                        )
    _____)

22

23                          **STIPULATION**

24       IT IS HEREBY STIPULATED by the parties hereto through their attorneys of record:

25       1.      That the time of defendants to answer, move or otherwise plead in response to the

26  Complaint may be extended from July 12, 2006 to July 31, 2006.  This is defendants' second

27  extension of time to plead in response to the Complaint.

28

    _____

1    2.    That plaintiffs' intend to obtain Right to Sue letters from the EEOC on their

2  pending administrative charges under Title VII and to file an amended complaint on or before

3  July 31, 2006.

4    3.    That, should plaintiffs in fact file a First Amended Complaint on or before July

5  31, 2006, defendants shall have 30 days from the filing date within which to answer, move or

6  otherwise plead in response to it.

7

8  DATED:  June _____, 2006                    LIEFF CABRASER HEIMANN &
                                               BERNSTEIN, LLP
9

10                                             By_____/s/ James M. Finberg_____
11                                                      James M. Finberg

12                                             Attorneys for Plaintiffs

13                                             JUANITA WYNNE AND DANTE BYRD,
                                               ON BEHALF OF THEMSELVES AND
14                                             CLASSES OF THOSE SIMILARLY
                                               SITUATED
15
   DATED:  June _____, 2006                    SEYFARTH SHAW LLP
16

17
                                               By_____/s/ Gilmore F. Diekmann, Jr._____
18                                                      Gilmore F. Diekmann, Jr.

19                                             Attorneys for Defendants

20                                             MCCORMICK & SCHMICK'S SEAFOOD
                                               RESTAURANTS, INC. AND
21                                             MCCORMICK & SCHMICK
                                               RESTAURANT CORP.
22

23                          **ORDER**
24
   IT IS SO ORDERED.
25
      6/30/06
26                                             _____
                                                     United States District Judge
27

28
                                   -2-