UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUANITA WYNNE and DANTE BYRD, on behalf of themselves and classes of those

Plaintiff(s),

v.

McCORMICK & SCHMICK'S SEAFOOD RESTAURANTS, INC. and McCORMICK & SCHMICK RESTAURANT CORP.,
Defendant(s).

CASE NO. 06-3153 CW

STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
 Non-binding Arbitration (ADR L.R. 4)
 Early Neutral Evaluation (ENE)  (ADR L.R. 5)
 Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
 ✓  Private ADR *(please identify process and provider)* The parties agree to cooperate in selecting a private mediator.

The parties agree to hold the ADR session by:
  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

  ✓  other requested deadline  The parties are not prepared to select a deadline at this time.

Dated: August 18, 2006

Attorney for Plaintiff

Dated: August 18, 2006

Attorney for Defendant



## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
   Non-binding Arbitration
   Early Neutral Evaluation (ENE)
   Mediation
   X Private ADR

Deadline for ADR session
   X   90 days from the date of this order.
       other

IT IS SO ORDERED.

Dated: 9/1/06

UNITED STATES M̶A̶G̶I̶S̶T̶R̶A̶T̶E̶ JUDGE

