UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA WYNNE, on behalf of themselves and classes of those similarly situated,<br><br>  Plaintiff(s),<br><br>  v.<br><br>SCHMICKS'S SEAFOOD RESTAURANTS, INC., et al.,<br><br>  Defendant(s). | No. C06-3153 CW (BZ)<br><br>**INITIAL DISCOVERY ORDER** |

All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute. Exchanging letters or telephone messages about the dispute is insufficient. The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

In the event they cannot resolve their dispute, the

1

1 | parties must participate in a telephone conference with the
2 | Court **before** filing any discovery motions or other papers.
3 | The party seeking discovery shall request a conference in a
4 | letter served on all parties not exceeding two pages (with no
5 | attachments) which briefly explains the nature of the action
6 | and the issues in dispute.  Other parties may reply in similar
7 | fashion within two days of receiving the letter requesting the
8 | conference.  The Court will contact the parties to schedule
9 | the conference.

10 |      After the conference with the Court, if filing papers is
11 | deemed necessary, they should be filed **electronically** with the
12 | Clerk's Office, with **one hard copy delivered directly to**
13 | **Magistrate Judge Zimmerman's Chambers (Room 15-6688).**  A
14 | chambers copy of all briefs shall be submitted on a diskette
15 | formatted in WordPerfect 6, 8, 9 or 10 or may be e-mailed to
16 | the following address: bzpo@cand.uscourts.gov
17 | Dated: October 10, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

21 | G:\BZALL\-REFS\WYNNE\INITIAL.DISC.ORD.wpd

2