UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA WYNNE, on behalf of themselves and classes of those similarly situated,<br><br>     Plaintiff(s),<br><br>     v.<br><br>MCCORMICK & SCHMICKS'S SEAFOOD RESTAURANTS, INC., et al.,<br><br>     Defendant(s). | No. C06-3153 CW (BZ)<br><br>**SCHEDULING ORDER** |

Following a telephonic discovery conference on October 19, 2006, the parties are **ORDERED** to meet and try to resolve plaintiffs' Motion To Compel Production of Statistical Data in accordance with the views expressed by the Court.  If they are unsuccessful, **IT IS FURTHER ORDERED** that plaintiffs shall by **November 3, 2006** comply with Civil Local Rule 37-2.  Any opposition to plaintiffs' motion shall be filed no later than **November 13, 2006**.  Any reply to defendants' opposition shall be filed no later than **November 17, 2006**.  A hearing is scheduled for **Wednesday, November 29, 2006 at 10:00 a.m.**, in

Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: October 20, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\WYNNE\SCHEDULE.ORDER.wpd