UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUANITA WYNNE and DANTE BYRD, on behalf of themselves and classes of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MCCORMICK & SCHMICK'S SEAFOOD RESTAURANTS, INC. and MCCORMICK & SCHMICK RESTAURANT CORP.,<br><br>Defendants. | Case No. 06-3153 CW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF STATISTICAL DATA** |

This Stipulation is entered into by and between Juanita Wynne and Dante Byrd ("Plaintiffs"), by and through their undersigned counsel, and McCormick & Schmick's Seafood Restaurants, Inc. and McCormick & Schmick Restaurant Corp. ("Defendant"), by and through their undersigned counsel. Plaintiffs and Defendant are collectively referred to herein as the "Parties."

**RECITALS**

WHEREAS, on October 3, 2006, Plaintiffs filed a motion to compel statistical data;

WHEREAS, on October 4, 2006, the motion was referred to the undersigned United States Magistrate Judge;

WHEREAS, on October 19, 2006, after having submitted letter briefs regarding the dispute in accordance with the applicable rules and standing order, the Parties participated in a telephonic conference with the Magistrate Judge in an effort to resolve the dispute;

WHEREAS, during that conference, the Magistrate Judge ordered the Parties to meet and confer in a further effort to resolve the dispute, and set forth the following briefing schedule in the event that a resolution could not be reached:

| | |
|---|---|
| Friday, November 3, 2006 | Plaintiffs to file documents in accordance with N.D. Cal. Local Rule 37-2 |
| Monday, November 13, 2006 | Defendant's opposition brief due |
| Friday, November 17, 2006 | Plaintiffs' reply brief due |
| Wednesday, November 29, 2006 10:00 a.m. | Hearing before Magistrate Judge Zimmerman, 15th floor, courtroom G |

WHEREAS, the Parties met and conferred in person on October 24, 2006, at which time they discussed their positions, exchanged information, and considered a potential compromise; and

WHEREAS, the Parties have been unable to reach agreement on the proposed compromise, and the Parties agree that the dispute requires judicial resolution;

**STIPULATION AND AGREEMENT**

1. Plaintiffs may submit a revised motion to compel and accompanying documents reflecting the parties' further discussion and exchange of information by November 3, 2006 along with the Rule 37-2 documents due on the same date.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: November 3, 2006     *Michael Gallion*
                            Michael Gallion, Attorney for Defendant

DATED: November 3, 2006     *Bill Lann Lee*
                            Bill Lann Lee, Attorney for Plaintiffs

**ORDER**

The foregoing Stipulation is approved, and IT IS SO ORDERED.

Dated: __November 6__, 2006     _____
                                Magistrate Judge Bernard Zimmerman
                                Northern District of California

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Bernard Zimmerman]*