# SEYFARTH SHAW LLP
ATTORNEYS

2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
(310) 277-7200
fax (310) 201-5219
www.seyfarth.com

Writer's direct phone
(310) 201-1559

Writer's e-mail
rfuruta@seyfarth.com

Writer's direct fax

March 7, 2007

The Honorable Magistrate Judge Bernard Zimmerman
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Wynne, et. al. v. McCormick & Schmick's, et al., No. C 06-03153 CW

Dear Magistrate Judge Zimmerman:

We represent defendant McCormick & Schmick's ("M&S") in the above-referenced action. Pursuant to instructions from your clerk, Lashanda Scott, we are submitting this letter to request an extension to respond to the letter filed by plaintiffs' counsel on March 6, 2007 regarding the discovery dispute relating to the production of complaints of race discrimination.

Lead defense counsel in this action are currently out of state involved in several 30(b)(6) depositions (which involve over twenty different topics) that were noticed by plaintiffs. The depositions are scheduled to be held this week and next week. For this reason, we are requesting a brief extension to Monday, March 12th, to file M&S's response to plaintiffs' counsel's letter.

Thank you for your consideration.

Very truly yours,

SEYFARTH SHAW, LLP

/s/ Reiko Furuta

REIKO FURUTA



GRANTED
Judge Bernard Zimmerman

LA1 6624050.1

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA



The Honorable Magistrate Judge Bernard Zimmerman
March 7, 2007
Page 2

cc: Jahan Sagafi, Esq.
James Finberg, Esq.
Bill Lann Lee, Esq.
Robert Rubin, Esq.
Thomas Warren, Esq.
Gary Lafayette, Esq.
Eric Kingsley, Esq.
Michael Gallion, Esq.
William C. Thomas III, Esq.

LA1 6624050.1