UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUANITA WYNNE, on behalf of themselves and classes of those similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>MCCORMICK & SCHMICKS'S SEAFOOD RESTAURANTS, INC., et al.,<br><br>Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. C06-3153 CW (BZ)<br><br>**SECOND DISCOVERY ORDER** |

A telephonic discovery conference was held on March 15, 2007, to discuss the dispute outlined in plaintiff's March 6 letter.  All parties were represented by counsel.  For the reasons articulated on the record, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff shall, by **12:00 p.m. Monday, March 19, 2007**, lodge with the Court the record she has of the meet and confer session held regarding this dispute; and

2. Plaintiff has leave to file a motion to compel the disputed discovery.  The motion, if any, must be filed by

1

**March 28, 2007**.  If filed, the motion shall be heard on **Wednesday, May 2, 2007, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: March 15, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\WYNNE\DISC.ORDER.2.wpd