UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA WYNNE and DANTE BYRD, on behalf of themselves and classes of those similarly situated,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>MCCORMICK & SCHMICKS'S SEAFOOD RESTAURANTS, INC., et al.,<br><br>　　　　Defendant(s). | No. C06-3153 CW (BZ)<br><br>**ORDER TO SHOW CAUSE** |

　　On **October 10, 2006** I issued an Initial Discovery Order which, among other things, required the parties to meet and confer in a good faith effort to resolve any discovery disputes prior to seeking court intervention and to make a record of their meeting.

　　On **March 6, 2007** counsel for plaintiffs requested court intervention with respect to a long standing dispute over certain documents plaintiffs were seeking from defendant. After reading defendant's written response, I became troubled that the parties had not been able to resolve at least part of

1

their dispute during the meet and confer session and ordered plaintiffs to lodge a record of that session for my review.

Today the court was informed that there is no record of the meet and confer session. Accordingly, **IT IS HEREBY ORDERED** that both parties show cause in writing by **March 30, 2007**, why they should not be held in contempt of court or otherwise sanctioned under Rule 16(f) of the Federal Rules of Civil Procedure for failing to comply with the court's Initial Discovery Order. A hearing on the Order to Show Cause is scheduled for **Wednesday, April 18, 2007 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: March 16, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\WYNNE\OSC.wpd