1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11   JUANITA WYNNE, on behalf of )
     themselves and classes of   )
12   those similarly situated,   )          No. C06-3153 CW (BZ)
                                  )
13            Plaintiff(s),       )
                                  )
14        v.                      )          **ORDER DISCHARGING ORDER TO**
                                  )          **SHOW CAUSE**
15   MCCORMICK & SCHMICKS'S       )
     SEAFOOD RESTAURANTS, INC.,   )
16   et al.,                      )
                                  )
17            Defendant(s).       )
                                  )
18   _____)

19        Having read each party's written response to the Order To

20   Show Cause, **IT IS HEREBY ORDERED** that the Order To Show Cause

21   is **DISCHARGED** and the hearing scheduled for April 18, 2007 is

22   **VACATED.**  The parties are admonished to comply carefully with

23   the Local Rules of Practice in Civil Proceedings and this

24   court's orders henceforth.

25   Dated: April 2, 2007

26                          _____
27                                   Bernard Zimmerman
                              United States Magistrate Judge
28
     G:\BZALL\-REFS\WYNNE\ORDER.DISCHARGE.OSC.wpd

                                    1