1  Kelly M. Dermody (SBN 171716)
2  Jahan C. Sagafi (SBN 224887)
   LIEFF, CABRASER, HEIMANN &
3      BERNSTEIN, LLP
   275 Battery Street, 30th Floor
4  San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
5  Facsimile: (415) 956-1008
   E-Mail: kdermody@lchb.com
6  E-Mail: jsagafi@lchb.com
7
8  James M. Finberg (SBN 114850)
   Eve H. Cervantez (SBN 164709)
9  Rebekah B. Evenson (SBN 207825)
   ALTSHULER BERZON LLP
10 177 Post Street, Suite 300
   San Francisco, CA 94108
11 Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
12 E-Mail: jfinberg@altshulerberzon.com
   E-Mail: ecervantez@altshulerberzon.com
13 E-Mail: revenson@altshulerberzon.com
14
15 Attorneys for Plaintiffs and proposed Classes
   *Additional Counsel on the signature page*
16

17              UNITED STATES DISTRICT COURT

18             NORTHERN DISTRICT OF CALIFORNIA

19                   OAKLAND DIVISION

20

21 JUANITA WYNNE and DANTE BYRD,      )   Case No. C-06-3153 CW
   on behalf of themselves and classes of )
22 those similarly situated,          )   **AMENDED STIPULATION AND**
                                      )   ~~PROPOSED~~ **ORDER REGARDING**
23         Plaintiffs,                )   **CLASS CERTIFICATION**
                                      )   **BRIEFING SCHEDULE**
24         v.                         )
                                      )
25 MCCORMICK & SCHMICK'S              )
   SEAFOOD RESTAURANTS, INC. and      )
26 MCCORMICK & SCHMICK                )
   RESTAURANT CORP.,                  )
27                                    )
           Defendants.                )
28 ─────────────────────────────────  )

─────────────────────────────────────────────────────
**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE**
**Case No. C-06-3153 CW**

1  WHEREAS at the September 2, 2006 Case Management Conference the Parties and the Court

2  had tentatively agreed that Plaintiffs would file their motion for class certification by June 1,

3  2007, unless there was a reason why the filing needed to be delayed;

4

5  WHEREAS the Defendants hope to produce this month computer data that Plaintiffs' statistical

6  expert needs to produce a report;

7

8  WHEREAS certain important depositions will not take place until May 30, 2007, or later;

9

10  WHEREAS the Parties have agreed to hold a private mediation of this matter, and are

11  attempting to schedule that mediation for July, 2007;

12

13  WHEREAS the Parties agree that it is in the best interests of judicial economy, and the most

14  efficient use of counsel's time and resources, to postpone briefing on class certification issues

15  until after the mediation;

16

17  WHEREAS the parties have agreed upon a schedule for briefing concerning class certification,

18  subject to this Court's approval;

19

20  IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that the following

21  schedule shall be in effect:

22

23  1.  Any opening papers concerning class certification shall be filed no later than August 14,

24  2007.

25

26  2.  Any opposition papers shall be filed no later than September 14, 2007.

27

28  3.  Any reply papers shall be filed no later than October 5, 2007.

-1-

**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE**
**Case No. C-06-153 CW**

1    4.  The class certification hearing, if any, shall be held on Thursday October 25, at 2:00 p.m.

2

3    Dated: May 16, 2007              By:   /s/ James M. Finberg
                                             James M. Finberg
4
                                      James M. Finberg (SBN 114850)
5                                     Eve H. Cervantez (SB 164709)
                                      Rebekah B. Evenson (SBN 207825)
6                                     ALTSHULER BERZON LLP
                                      177 Post Street, Suite 300
7                                     San Francisco, CA 94108
                                      Telephone: (415) 421-7151
8                                     Facsimile: (415) 362-8064
                                      E-Mail: jfinberg@altshulerberzon.com
9                                     E-Mail: ecervantez@altshulerberzon.com

10                                    Kelly M. Dermody (SBN 171716)
                                      Jahan C. Sagafi (SBN 224887)
11                                    LIEFF, CABRASER, HEIMANN &
                                            BERNSTEIN, LLP
12                                    275 Battery Street, 30th Floor
                                      San Francisco, CA 94111-3339
13                                    Telephone: (415) 956-1000
                                      Facsimile: (415) 956-1008
14                                    E-Mail: kdermody@lchb.com
                                      E-Mail: jsagafi@lchb.com
15
                                      Robert Rubin (SBN 085084)
16                                    Diana C. Tate (SBN 232264
                                      THE LAWYERS' COMMITTEE FOR CIVIL
17                                          RIGHTS OF THE SAN FRANCISCO BAY
                                            AREA
18                                    131 Steuart Street, Suite 400
                                      San Francisco, CA 94105
19                                    Telephone (415) 543-9444
                                      Facsimile: (415) 543-0296
20                                    E-Mail: rrubin@lccr.com
                                      E-Mail: dtate@lccr.com
21
                                      Thomas A. Warren
22                                    THOMAS A. WARREN LAW OFFICES
                                      2032 Thomasville Rd #D
23                                    Tallahassee, FL 32308-0734
                                      telephone: (850) 385-1551
24                                    Facsimile: (850) 385-6008
                                      Email: tw@nettally.com
25

26

27

28

-2-

**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE**
Case No. C-06-153 CW

Bill Lann Lee (SBN 108452)
Todd F. Jackson (SBN 202598)
Vincent Cheng (SBN 230827)
Lindsay Nako (SBN 239090)
LEWIS, FEINBERG, LEE,  RENAKER &
    JACKSON, P.C.
1300 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: blee@lewisfeinberg.com
Email: tjackson@lewisfeinberg.com
Email: vcheng@lewisfeinberg.com
Email: lnako@lewisfeinberg.com

Gary Lafayette (SBN 08866)
LAFAYETTE & KUMAGAI
100 Spear Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605
flafayette@lkclaw.com

Eric Kingsley (SBN 185123)
KINGSLEY & KINSGSLEY
16133 Venture Blvd., Suite 1200
Encino, CA 91436
Telephone: (818) 990-8300
Facsimile: (818) 990-2903
Email: kingsleylaw@aol.com

*Attorneys for Plaintiffs and the proposed Class Members*

Dated: May 15, 2007          By:  ___/s/ Gilmore F. Diekmann, Jr.___
                                    Gilmore F. Diekmann, Jr.

Gilmore F. Diekmann, Jr. (SBN 50400)
Eric A. Hill (SBN 173247)
Kamili Williams Dawson (SBN 193264)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Email: gdiekmann@seyfarth.com
Email: ehill@seyfarth.com
Email: kdawson@seyfarth.com

**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE**
Case No. C-06-153 CW

1       Michael L. Gallion (SBN 189128)
        Joshua A. Rodine (SBN 237774)
2       William C. Thomas (SBN 241789)
        SEYFARTH SHAW LLP
3       2029 Century Park East, #3300
        Los Angeles, CA 90067-3063
4       Telephone: (310) 277-7200
        Facsimile: (310) 201-5219
5       Email: mgallion@seyfarth.com
        Email: jrodine@seyfarth.com
6       Email: wthomas@seyfarth.com

7       Gerald L. Maatman, Jr. (pro hac vice)
        131 S. Dearborn Street, Suite 2400
8       Chicago, IL 60603-5577
        Telephone: (312) 460-5000
9       Facsimile: (312) 460-7000
        Email: gmaatman@seyfarth.com
10

        *Attorneys for Defendants*
11

12

13          **ORDER**

14 The foregoing stipulation is approved, and IT IS SO ORDERED

15      5/18/07
  Date: _____   _____
16          Hon. Claudia Wilken
          United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND PROPOSED ORDER REGARDING BRIEFING SCHEDULE**
**Case No. C-06-153 CW**