1  James M. Finberg (SBN 114850)
2  Eve H. Cervantez (SBN 164709)
   Rebekah B. Evenson (SBN 207825)
3  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
4  San Francisco, CA 94108
   Telephone: (415) 421-7151
5  Facsimile: (415) 362-8064
6  E-Mail: jfinberg@altshulerberzon.com
   E-Mail: ecervantez@altshulerberzon.com
7  E-Mail: revenson@altshulerberzon.com

8
   Kelly M. Dermody (SBN 171716)
9  Jahan C. Sagafi (SBN 224887)
   LIEFF, CABRASER, HEIMANN &
10     BERNSTEIN, LLP
   275 Battery Street, 30th Floor
11 San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
12 Facsimile: (415) 956-1008
13 E-Mail: kdermody@lchb.com
   E-Mail: jsagafi@lchb.com
14

15 Attorneys for Plaintiffs and proposed Classes
   *Additional Counsel on the signature page*

16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUANITA WYNNE and DANTE BYRD, on behalf of themselves and classes of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MCCORMICK & SCHMICK'S SEAFOOD RESTAURANTS, INC. and MCCORMICK & SCHMICK RESTAURANT CORP.,<br><br>Defendants. | Case No. C-06-3153 CW<br><br>**STIPULATION AND ORDER STAYING CASE PENDING MEDIATION DISCUSSIONS AND DEFERRING CLASS CERTIFICATION BRIEFING SCHEDULE** |

1 WHEREAS the Parties participated in a private mediation session in this matter on July 12, 2007;

4 WHEREAS the Parties would like to continue to engage in serious settlement negotiations, and have agreed to exchange injunctive relief proposals and hold a second private mediation session in September, 2007;

8 WHEREAS the Parties would like to focus their resources on resolving this case through mediation;

11 WHEREAS the Parties had previously stipulated, and the Court had previously ordered, that opening papers concerning class certification shall be due no later than August 14, 2007;

14 WHEREAS the Parties agree that it is in the best interests of judicial economy, and the most efficient use of counsel's time and resources, to stay all proceedings and postpone briefing on class certification issues for 90 days so they can focus on resolving the case through mediation;

18 WHEREAS the parties have agreed upon a revised schedule for briefing concerning class certification, subject to this Court's approval;

21 IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES as follows:

23 1. Any opening papers concerning class certification shall be filed no later than November 12, 2007.

26 2. Any opposition papers shall be filed no later than December 10, 2007.

28 3. Any reply papers shall be filed no later than January 7, 2008.

-1-

4. The class certification hearing shall be held on Thursday January 24, at 2:00 p.m.

5. All proceedings in the case (including discovery or motions), other that mediation talks and matters related to such talks, are stayed for 90 days from the date that this stipulation and [proposed] Order is signed.

Dated: July 26, 2007                By:  */s/ James M. Finberg*
                                         James M. Finberg

                                         James M. Finberg (SBN 114850)
                                         Eve H. Cervantez (SB 164709)
                                         Rebekah B. Evenson (SBN 207825)
                                         ALTSHULER BERZON LLP
                                         177 Post Street, Suite 300
                                         San Francisco, CA 94108
                                         Telephone: (415) 421-7151
                                         Facsimile: (415) 362-8064
                                         E-Mail: jfinberg@altshulerberzon.com
                                         E-Mail: ecervantez@altshulerberzon.com

                                         Kelly M. Dermody (SBN 171716)
                                         Jahan C. Sagafi (SBN 224887)
                                         LIEFF, CABRASER, HEIMANN &
                                             BERNSTEIN, LLP
                                         275 Battery Street, 30th Floor
                                         San Francisco, CA 94111-3339
                                         Telephone: (415) 956-1000
                                         Facsimile: (415) 956-1008
                                         E-Mail: kdermody@lchb.com
                                         E-Mail: jsagafi@lchb.com

                                         Robert Rubin (SBN 085084)
                                         Diana C. Tate (SBN 232264
                                         THE LAWYERS' COMMITTEE FOR CIVIL
                                             RIGHTS OF THE SAN FRANCISCO BAY
                                             AREA
                                         131 Steuart Street, Suite 400
                                         San Francisco, CA 94105
                                         Telephone (415) 543-9444
                                         Facsimile: (415) 543-0296
                                         E-Mail: rrubin@lccr.com
                                         E-Mail: dtate@lccr.com

                                         Thomas A. Warren
                                         THOMAS A. WARREN LAW OFFICES
                                         2032 Thomasville Rd #D
                                         Tallahassee, FL 32308-0734
                                         telephone: (850) 385-1551
                                         Facsimile: (850) 385-6008

-2-

**STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING MEDIATION;**
**Case No. C-06-153 CW**

|   |   |   |   |
|---|---|---|---|
| 1 | | | Email: tw@nettally.com |
| 2 | | | Bill Lann Lee (SBN 108452) |
| | | | Todd F. Jackson (SBN 202598) |
| 3 | | | Vincent Cheng (SBN 230827) |
| | | | Lindsay Nako (SBN 239090) |
| 4 | | | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. |
| 5 | | | 1300 Broadway, Suite 1800 |
| | | | Oakland, CA 94612 |
| 6 | | | Telephone: (510) 839-6824 |
| | | | Facsimile: (510) 839-7839 |
| 7 | | | Email: blee@lewisfeinberg.com |
| | | | Email: tjackson@lewisfeinberg.com |
| 8 | | | Email: vcheng@lewisfeinberg.com |
| | | | Email: lnako@lewisfeinberg.com |

Gary Lafayette (SBN 08866)
LAFAYETTE & KUMAGAI
100 Spear Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605
flafayette@lkclaw.com

Eric Kingsley (SBN 185123)
KINGSLEY & KINSGSLEY
16133 Venture Blvd., Suite 1200
Encino, CA 91436
Telephone: (818) 990-8300
Facsimile: (818) 990-2903
Email: kingsleylaw@aol.com

*Attorneys for Plaintiffs and the proposed Class Members*

Dated: July 26, 2007      By:      /s/ *Michael L. Gallion*
                                        Michael L. Gallion

Gilmore F. Diekmann, Jr. (SBN 50400)
Eric A. Hill (SBN 173247)
Kamili Williams Dawson (SBN 193264)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Email: gdiekmann@seyfarth.com
Email: ehill@seyfarth.com
Email: kdawson@seyfarth.com

Michael L. Gallion (SBN 189128)
Joshua A. Rodine (SBN 237774)
William C. Thomas (SBN 241789)

-3-

**STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING MEDIATION;**
**Case No. C-06-153 CW**

1
2
3
4
5
6
7
8

SEYFARTH SHAW LLP
2029 Century Park East, #3300
Los Angeles, CA 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
Email: mgallion@seyfarth.com
Email: jrodine@seyfarth.com
Email: wthomas@seyfarth.com

Gerald L. Maatman, Jr. (pro hac vice)
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603-5577
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
Email: gmaatman@seyfarth.com

*Attorneys for Defendants*

## ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED

Date: 7/26/07 _____

_____
Hon. Claudia Wilken
United States District Judge

-4-

**STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING MEDIATION;**
**Case No. C-06-153 CW**