1  James M. Finberg (SBN 114850)
2  Eve H. Cervantez (SBN 164709)
   Rebekah B. Evenson (SBN 207825)
3  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
4  San Francisco, CA 94108
   Telephone: (415) 421-7151
5  Facsimile: (415) 362-8064
6  E-Mail: jfinberg@altshulerberzon.com
   E-Mail: ecervantez@altshulerberzon.com
7  E-Mail: revenson@altshulerberzon.com

8  Kelly M. Dermody (SBN 171716)
9  Jahan C. Sagafi (SBN 224887)
   LIEFF, CABRASER, HEIMANN &
10    BERNSTEIN, LLP
   275 Battery Street, 30th Floor
11 San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
12 Facsimile: (415) 956-1008
13 E-Mail: kdermody@lchb.com
   E-Mail: jsagafi@lchb.com

Attorneys for Plaintiffs and proposed Classes
*Additional Counsel on the signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUANITA WYNNE and DANTE BYRD, on behalf of themselves and classes of those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MCCORMICK & SCHMICK'S SEAFOOD RESTAURANTS, INC. and MCCORMICK & SCHMICK RESTAURANT CORP.,<br><br>    Defendants. | Case No. C-06-3153 CW<br><br>**SECOND REVISED STIPULATION AND ORDER STAYING CASE PENDING FURTHER MEDIATION DISCUSSIONS; ORDERING PARTIES AND INSURANCE CARRIERS TO ATTEND MEDIATION SESSION; AND DEFERRING CLASS CERTIFICATION BRIEFING SCHEDULE** |

**SECOND REVISED STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING MEDIATION; Case No. C-06-3153 CW**

1  WHEREAS the Parties participated in private mediation sessions in this matter on July 2  12, 2007 and September 26, 2007, and have been engaged in ongoing serious settlement 3  negotiations;

4  WHEREAS the Parties have reached a tentative agreement in principle on appropriate 5  injunctive relief measures;

6  WHEREAS the Parties would like to continue to engage in serious settlement 7  negotiations regarding class monetary relief and to hold a third mediation session with private 8  mediator Hunter Hughes on November 5, 2007;

9  WHEREAS the Parties will require the participation of Defendant's insurance carriers in 10  further discussions regarding class monetary relief;

11  WHEREAS the Parties had previously stipulated, and the Court had previously ordered, 12  that opening papers concerning class certification shall be due no later than November 12, 13  2007;

14  WHEREAS the Parties agree that it is in the best interests of judicial economy, and the 15  most efficient use of counsel's time and resources, to stay all proceedings and postpone briefing 16  on class certification issues for 90 days so they can focus on resolving the case through 17  mediation;

18  WHEREAS the parties have agreed upon a revised schedule for briefing concerning 19  class certification, subject to this Court's approval;

20  IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES as follows:

21  1.  The Parties and all of Defendants' insurance carriers shall appear for private 22  mediated settlement discussions at 9:00 a.m. on November 5, 2007 with private mediator 23  Hunter Hughes.

24  2.  All proceedings in the case (including discovery or motions), other than 25  mediation talks and matters related to such talks, are stayed for 90 days from the date that this 26  stipulation and [proposed] Order is signed.

27  3.  Any opening papers concerning class certification shall be filed no later than 28  February 21, 2008.

-1-

**SECOND REVISED STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING MEDIATION; Case No. C-06-153 CW**

1  4. Any opposition papers shall be filed no later than March 20, 2008.

2  5. Any reply papers shall be filed no later than April 10, 2008.

3  6. The class certification hearing shall be held on Thursday April 24, 2008, at 2:00

4  p.m.

Dated: October 3, 2007

By: _/s/ James M. Finberg_
James M. Finberg

James M. Finberg (SBN 114850)
Eve H. Cervantez (SB 164709)
Rebekah B. Evenson (SBN 207825)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jfinberg@altshulerberzon.com
E-Mail: ecervantez@altshulerberzon.com

Kelly M. Dermody (SBN 171716)
Jahan C. Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN &
    BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

Robert Rubin (SBN 085084)
Diana C. Tate (SBN 232264
THE LAWYERS' COMMITTEE FOR CIVIL
    RIGHTS OF THE SAN FRANCISCO BAY
    AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone (415) 543-9444
Facsimile: (415) 543-0296
E-Mail: rrubin@lccr.com
E-Mail: dtate@lccr.com

Thomas A. Warren
THOMAS A. WARREN LAW OFFICES
2032 Thomasville Rd #D
Tallahassee, FL 32308-0734
telephone: (850) 385-1551
Facsimile: (850) 385-6008
Email: tw@nettally.com

-2-

**SECOND REVISED STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING MEDIATION; Case No. C-06-153 CW**

|   |   |   |
|---|---|---|
| 1 | | Bill Lann Lee (SBN 108452) |
| 2 | | Todd F. Jackson (SBN 202598) |
|   | | Vincent Cheng (SBN 230827) |
| 3 | | Lindsay Nako (SBN 239090) |
|   | | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. |
| 4 | | 1300 Broadway, Suite 1800 |
|   | | Oakland, CA 94612 |
| 5 | | Telephone: (510) 839-6824 |
|   | | Facsimile: (510) 839-7839 |
| 6 | | Email: blee@lewisfeinberg.com |
|   | | Email: tjackson@lewisfeinberg.com |
| 7 | | Email: vcheng@lewisfeinberg.com |
|   | | Email: lnako@lewisfeinberg.com |

Gary Lafayette (SBN 08866)
LAFAYETTE & KUMAGAI
100 Spear Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605
flafayette@lkclaw.com

Eric Kingsley (SBN 185123)
KINGSLEY & KINSGSLEY
16133 Venture Blvd., Suite 1200
Encino, CA 91436
Telephone: (818) 990-8300
Facsimile: (818) 990-2903
Email: kingsleylaw@aol.com

*Attorneys for Plaintiffs and the proposed Class Members*

Dated: October 3, 2007         By:     */s/ Gerald L. Maatman, Jr.*
                                       Gerald L. Maatman, Jr.

Gilmore F. Diekmann, Jr. (SBN 50400)
Eric A. Hill (SBN 173247)
Kamili Williams Dawson (SBN 193264)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Email: gdiekmann@seyfarth.com
Email: ehill@seyfarth.com
Email: kdawson@seyfarth.com

Michael L. Gallion (SBN 189128)
Joshua A. Rodine (SBN 237774)
William C. Thomas (SBN 241789)
SEYFARTH SHAW LLP
2029 Century Park East, #3300

-3-

**SECOND REVISED STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING MEDIATION; Case No. C-06-153 CW**

Los Angeles, CA 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
Email: mgallion@seyfarth.com
Email: jrodine@seyfarth.com
Email: wthomas@seyfarth.com

Gerald L. Maatman, Jr. (pro hac vice)
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603-5577
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
Email: gmaatman@seyfarth.com

*Attorneys for Defendants*

## ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED

Date: __10/3/07_____  _____*Claudia Wilken*_____
Hon. Claudia Wilken
United States District Judge

-4-

**SECOND REVISED STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING MEDIATION; Case No. C-06-153 CW**

## ECF CERTIFICATION

Pursuant to General Order No. 45.X.B., the filing attorney attests that he has obtained concurrence regarding the filing of this document from each of the signatories to the document.

-5-

**SECOND REVISED STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING MEDIATION; Case No. C-06-153 CW**