James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Rebekah B. Evenson (SBN 207825)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jfinberg@altshulerberzon.com
E-Mail: ecervantez@altshulerberzon.com
E-Mail: revenson@altshulerberzon.com

Kelly M. Dermody (SBN 171716)
Jahan C. Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

Attorneys for Plaintiffs and proposed Classes
*Additional Counsel on the signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JUANITA WYNNE and DANTE BYRD, on behalf of themselves and classes of those similarly situated,

Plaintiffs,

v.

MCCORMICK & SCHMICK'S SEAFOOD RESTAURANTS, INC. and MCCORMICK & SCHMICK RESTAURANT CORP.,

Defendants.

Case No. C-06-3153 CW

**STIPULATION AND ORDER SETTING PRELIMINARY APPROVAL BRIEFING SCHEDULE; SETTING PRELIMINARY APPROVAL HEARING DATE AND VACATING CLASS CERTIFICATION BRIEFING SCHEDULE**

WHEREAS the Parties have reached a tentative agreement in principle on appropriate injunctive relief measures and monetary relief;

WHEREAS the Parties are in the process of finalizing consent decree language and believe that they will be able submit a motion for preliminary settlement approval on or before February 28, 2008;

WHEREAS the Parties had previously stipulated, and the Court had previously ordered, that opening papers concerning class certification shall be due no later than February 21, 2008;

WHEREAS the Parties agree that it is in the best interests of judicial economy, and the most efficient use of counsel's time and resources, to vacate the class certification briefing schedule so they can focus on resolving the case and preparing a proposed consent decree;

WHEREAS the parties have agreed upon a schedule for briefing concerning preliminary settlement approval, subject to this Court's approval;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES as follows:

1. The class certification briefing schedule shall be vacated.

2. Plaintiffs shall file a motion for preliminary settlement approval no later than February 28, 2008.

3. The preliminary settlement approval hearing shall be held on Thursday April 3, 2008, at 2:00 p.m.

Dated: March 6, 2008

By: *__/s/ James M. Finberg__*
James M. Finberg

James M. Finberg (SBN 114850)
Eve H. Cervantez (SB 164709)
Rebekah B. Evenson (SBN 207825)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jfinberg@altshulerberzon.com
E-Mail: ecervantez@altshulerberzon.com

Kelly M. Dermody (SBN 171716)
Jahan C. Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

Robert Rubin (SBN 085084)
Diana C. Tate (SBN 232264
THE LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone (415) 543-9444
Facsimile: (415) 543-0296
E-Mail: rrubin@lccr.com
E-Mail: dtate@lccr.com

Thomas A. Warren
THOMAS A. WARREN LAW OFFICES
2032 Thomasville Rd #D
Tallahassee, FL 32308-0734
telephone: (850) 385-1551
Facsimile: (850) 385-6008
Email: tw@nettally.com

Bill Lann Lee (SBN 108452)
Todd F. Jackson (SBN 202598)
Vincent Cheng (SBN 230827)
Lindsay Nako (SBN 239090)
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1300 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: blee@lewisfeinberg.com
Email: tjackson@lewisfeinberg.com
Email: vcheng@lewisfeinberg.com
Email: lnako@lewisfeinberg.com

Eric Kingsley (SBN 185123)
KINGSLEY & KINSGSLEY
16133 Venture Blvd., Suite 1200
Encino, CA 91436
Telephone: (818) 990-8300
Facsimile: (818) 990-2903
Email: kingsleylaw@aol.com

*Attorneys for Plaintiffs and the proposed Class Members*

Dated: March 6, 2008

By: _/s/ Gilmore F. Diekmann, Jr._
Gilmore F. Diekmann, Jr.

Gilmore F. Diekmann, Jr. (SBN 50400)
Eric A. Hill (SBN 173247)
Kamili Williams Dawson (SBN 193264)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Email: gdiekmann@seyfarth.com
Email: ehill@seyfarth.com
Email: kdawson@seyfarth.com

Michael L. Gallion (SBN 189128)
Joshua A. Rodine (SBN 237774)
William C. Thomas (SBN 241789)
SEYFARTH SHAW LLP
2029 Century Park East, #3300
Los Angeles, CA 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
Email: mgallion@seyfarth.com
Email: jrodine@seyfarth.com
Email: wthomas@seyfarth.com

Gerald L. Maatman, Jr. (pro hac vice)
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603-5577
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
Email: gmaatman@seyfarth.com

*Attorneys for Defendants*

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED

Date: 3/6/08

Claudia Wilken
Hon. Claudia Wilken
United States District Judge

## ECF CERTIFICATION

Pursuant to General Order No. 45.X.B., the filing attorney attests that he has obtained concurrence regarding the filing of this document from each of the signatories to the document.

-4-

STIP AND [PROP] ORD SETTING PRELIM APPROVAL BRIEFING SCHED; Case No. C-06-3153 CW