James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Rebekah B. Evenson (SBN 207825)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jfinberg@altshulerberzon.com
E-Mail: ecervantez@altshulerberzon.com
E-Mail: revenson@altshulerberzon.com

Kelly M. Dermody (SBN 171716)
Jahan C. Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN &
    BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

Attorneys for Plaintiffs and proposed Classes
*Additional Counsel on the signature page*

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA WYNNE and DANTE BYRD, ON BEHALF OF THEMSELVES AND CLASSES OF THOSE SIMILARLY SITUATED,<br><br>      Plaintiffs,<br><br>    v.<br><br>MCCORMICK & SCHMICK'S SEAFOOD RESTAURANTS, INC. and MCCORMICK & SCHMICK RESTAURANT CORP.,<br><br>      Defendants. | Case No. C-06-3153 CW<br><br>~~[PROPOSED]~~ ORDER EXTENDING TIME TO PRODUCE DATA |

1   Pursuant to stipulation of the parties, it is HEREBY ORDERED that by May 1, 2008,
2   Defendants shall provide the Claims Administrator with computer readable information, in a
3   format acceptable to the Claims Administrator, that contains the full names, social security
4   numbers, last known addresses, position(s) held during the class period, and start dates and any
5   applicable end dates of employment for each position held with Defendants from May 15, 2002
6   to April 4, 2008 of all persons who are potential Settlement Class members.

Date: 4/28/08

Hon. Claudia Wilken
United States District Judge

2
[PROPOSED] ORDER EXTENDING TIME TO PRODUCE DATA

LA1 6692263.1

| | |
|---|---|
| Submitted by: | By:  /s/ James M. Finberg |
| DATED: April 24, 2008 | |

James M. Finberg
James M. Finberg (SBN 114850)
Eve H. Cervantez (SB 164709)
Rebekah B. Evenson (SBN 207825)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jfinberg@altshulerberzon.com
E-Mail: ecervantez@altshulerberzon.com

Kelly M. Dermody (SBN 171716)
Jahan C. Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

Robert Rubin (SBN 085084)
Diana C. Tate (SBN 232264
THE LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone (415) 543-9444
Facsimile: (415) 543-0296
E-Mail: rrubin@lccr.com
E-Mail: dtate@lccr.com

Thomas A. Warren
THOMAS A. WARREN LAW OFFICES
2032 Thomasville Rd #D
Tallahassee, FL 32308-0734
telephone: (850) 385-1551
Facsimile: (850) 385-6008
Email: tw@nettally.com

3
[PROPOSED] ORDER EXTENDING TIME TO PRODUCE DATA

LA1 6692263.1

1  Bill Lann Lee (SBN 108452)
2  Todd F. Jackson (SBN 202598)
   Vincent Cheng (SBN 230827)
3  Lindsay Nako (SBN 239090)
   LEWIS, FEINBERG, LEE, RENAKER &
4  JACKSON, P.C.
   1300 Broadway, Suite 1800
5  Oakland, CA 94612
   Telephone: (510) 839-6824
6
7  Facsimile: (510) 839-7839
   Email: blee@lewisfeinberg.com
8  Email: tjackson@lewisfeinberg.com
   Email: vcheng@lewisfeinberg.com
9  Email: lnako@lewisfeinberg.com

10 Gary Lafayette (SBN 08866)
   LAFAYETTE & KUMAGAI
11 100 Spear Street, Suite 400
   San Francisco, CA 94105
12 Telephone: (415) 357-4600
   Facsimile: (415) 357-4605
13 flafayette@lkclaw.com

14
15 Eric Kingsley (SBN 185123)
   KINGSLEY & KINSGSLEY
16 16133 Venture Blvd., Suite 1200
   Encino, CA 91436
17 Telephone: (818) 990-8300
   Facsimile: (818) 990-2903
18 Email: kingsleylaw@aol.com

19
   *Attorneys for Plaintiffs and the proposed*
20 *Class Members* JUANITA WYNNE and
   DANTE BYRD, on behalf of themselves
21 and classes of those similarly situated

22

23

24

25

26

27

28

4
[PROPOSED] ORDER EXTENDING TIME TO PRODUCE DATA

LA1 6692263.1

| | | |
|---|---|---|
| 1 | DATED: April 24, 2008 | SEYFARTH SHAW LLP |
| 2 | | |
| 3 | | By    /s/   William C. Thomas III |
| 4 | | William C. Thomas III |
| | | Attorneys for Defendants |
| 5 | | MCCORMICK & SCHMICK'S SEAFOOD |
| 6 | | RESTAURANTS, INC. AND |
| 7 | | MCCORMICK & SCHMICK'S RESTAURANT CORP. |

5
[PROPOSED] ORDER EXTENDING TIME TO PRODUCE DATA

LA1 6692263.1