James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Rebekah B. Evenson (SBN 207825)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jfinberg@altshulerberzon.com
E-Mail: ecervantez@altshulerberzon.com
E-Mail: revenson@altshulerberzon.com

Kelly M. Dermody (SBN 171716)
Jahan C. Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN &
    BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

Attorneys for Plaintiffs and proposed Classes
*Additional Counsel on the signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUANITA WYNNE and DANTE BYRD, on behalf of themselves and classes of those similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>MCCORMICK & SCHMICK'S SEAFOOD RESTAURANTS, INC. and MCCORMICK & SCHMICK RESTAURANT CORP.,<br><br>        Defendants. | Case No. C-06-3153 CW<br><br>**STIPULATION AND ORDER REVISING NOTICE MATERIALS AND EXTENDING CLAIMS ADMINISTRATOR DEADLINES** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WHEREAS, pursuant to this Court's Order entered on April 28, 2008 (Docket No. 85), Defendants were required to provide class member data to the Claims Administrator by May 1, 2008, and Defendants provided that data on April 30, 2008;

WHEREAS this Court's April 4, 2008 Order Preliminarily Approving Class Action Settlement (Docket No. 82), and the Proposed Consent Decree (Docket No. 82.2) require the Claims Administrator to mail class notice materials to class members within 10 days of the date that it receives class member data from Defendants, and the Proposed Consent Decree (Section XXVI(A)) requires the Claims Administrator to review claim forms and to request additional information from claimant whose claim forms are incomplete within seven (7) days of receipt of the claim form;

WHEREAS the Claims Administrator, Rosenthal & Company, has informed the Parties that the aforementioned deadlines will be difficult to meet given the administrative tasks involved, and has requested 1) that the deadline for sending the class notice materials be extended for six (6) days (until May 16, 2008); and 2) that the deadline for sending requests for additional information to claimants whose claim forms are incomplete be extended to twenty-one (21) days;

WHEREAS the Parties agree to the extensions requested by the Claims Administrator, and delaying the mailing of notices until May 16, 2008 and extending the deadline for the Claims Administrator to mail notices to class members who submitted incomplete claims will not unduly delay the claims administration process, and will not affect the August 7, 2008 Fairness Hearing or the briefing schedule for said hearing;

WHEREAS the Parties have agreed upon minor, non-substantive changes to be made to the notice materials (Docket Nos. 82.3 and 82.4) , as described in the redlines of the notice and claim form attached hereto as Exhibits 1 and 2, and the proposed revised notice and claim form attached hereto as Exhibits 3 and 4;

//

//

**-1-**

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES as follows:

1.  The Claims Administrator shall be granted an extension until May 16, 2008 to mail class notice materials to class members;

2.  The Claims Administrator's deadline for requesting additional information from claimants whose claim forms are incomplete pursuant to Section XXVI(A) of the proposed Consent Decree shall be extended to twenty-one (21) days of receipt of the claim form;

3.  The Notice Materials attached hereto as Exhibits 3 and 4 include all information required by Federal Rule of Civil Procedure 23, and allow members of the Settlement Class a full and fair opportunity to submit a claim for proceeds in connection with the Settlement. Exhibits 3 and 4 shall be approved and mailed to class members in place of the notice materials attached as Exhibits 2 and 3 to this Court's Preliminary Approval Order (Docket Nos. 82.3 and 82.4).

Dated: May 8, 2008                    By:    /s/ James M. Finberg
                                             James M. Finberg

                                      James M. Finberg (SBN 114850)
                                      Eve H. Cervantez (SB 164709)
                                      Rebekah B. Evenson (SBN 207825)
                                      ALTSHULER BERZON LLP
                                      177 Post Street, Suite 300
                                      San Francisco, CA 94108
                                      Telephone: (415) 421-7151
                                      Facsimile: (415) 362-8064
                                      E-Mail: jfinberg@altshulerberzon.com
                                      E-Mail: ecervantez@altshulerberzon.com

                                      Kelly M. Dermody (SBN 171716)
                                      Jahan C. Sagafi (SBN 224887)
                                      LIEFF, CABRASER, HEIMANN &
                                           BERNSTEIN, LLP
                                      275 Battery Street, 30th Floor
                                      San Francisco, CA 94111-3339
                                      Telephone: (415) 956-1000
                                      Facsimile: (415) 956-1008

STIPULATION AND [PROPOSED] ORDER REVISING NOTICE MATERIALS AND EXTENDING
CLAIMS ADMINISTRATOR DEADLINES; Case No. C-06-3153 CW

1  E-Mail: kdermody@lchb.com
2  E-Mail: jsagafi@lchb.com

3  Robert Rubin (SBN 085084)
   Diana C. Tate (SBN 232264
4  THE LAWYERS' COMMITTEE FOR CIVIL
       RIGHTS OF THE SAN FRANCISCO BAY
5      AREA
6  131 Steuart Street, Suite 400
   San Francisco, CA 94105
7  Telephone (415) 543-9444
   Facsimile: (415) 543-0296
8  E-Mail: rrubin@lccr.com
9  E-Mail: dtate@lccr.com

10 Thomas A. Warren
   THOMAS A. WARREN LAW OFFICES
11 2032 Thomasville Rd #D
   Tallahassee, FL 32308-0734
12 telephone: (850) 385-1551
   Facsimile: (850) 385-6008
13 Email: tw@nettally.com
14
15 Bill Lann Lee (SBN 108452)
   Todd F. Jackson (SBN 202598)
16 Vincent Cheng (SBN 230827)
   Lindsay Nako (SBN 239090)
17 LEWIS, FEINBERG, LEE,  RENAKER &
       JACKSON, P.C.
18 1300 Broadway, Suite 1800
19 Oakland, CA 94612
   Telephone: (510) 839-6824
20 Facsimile: (510) 839-7839
   Email: blee@lewisfeinberg.com
21 Email: tjackson@lewisfeinberg.com
22 Email: vcheng@lewisfeinberg.com
   Email: lnako@lewisfeinberg.com
23
24 Gary Lafayette (SBN 08866)
   LAFAYETTE & KUMAGAI
25 100 Spear Street, Suite 400
   San Francisco, CA 94105
26 Telephone: (415) 357-4600
   Facsimile: (415) 357-4605
27 flafayette@lkclaw.com
28

STIPULATION AND [PROPOSED] ORDER REVISING NOTICE MATERIALS AND EXTENDING
CLAIMS ADMINISTRATOR DEADLINES; Case No. C-06-3153 CW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Eric Kingsley (SBN 185123)
KINGSLEY & KINSGSLEY
16133 Venture Blvd., Suite 1200
Encino, CA 91436
Telephone: (818) 990-8300
Facsimile: (818) 990-2903
Email: kingsleylaw@aol.com

*Attorneys for Plaintiffs and the proposed Class Members*

Dated: May 8, 2008          By:      /s/   *William C. Thomas*
                                      William C. Thomas

Gilmore F. Diekmann, Jr. (SBN 50400)
Eric A. Hill (SBN 173247)
Kamili Williams Dawson (SBN 193264)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Email: gdiekmann@seyfarth.com
Email: ehill@seyfarth.com
Email: kdawson@seyfarth.com

Michael L. Gallion (SBN 189128)
Joshua A. Rodine (SBN 237774)
William C. Thomas (SBN 241789)
SEYFARTH SHAW LLP
2029 Century Park East, #3300
Los Angeles, CA 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
Email: mgallion@seyfarth.com
Email: jrodine@seyfarth.com
Email: wthomas@seyfarth.com

Gerald L. Maatman, Jr. (pro hac vice)
SEYFARTH SHAW LLP
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603-5577
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
Email: gmaatman@seyfarth.com
*Attorneys for Defendants*

**-4-**

STIPULATION AND [PROPOSED] ORDER REVISING NOTICE MATERIALS AND EXTENDING
CLAIMS ADMINISTRATOR DEADLINES; Case No. C-06-3153 CW

1

2

**ORDER**

3

The foregoing stipulation is approved, and IT IS SO ORDERED

4

5

Date: _____   _____

5/8/08

6

Hon. Claudia Wilken
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER REVISING NOTICE MATERIALS AND EXTENDING
CLAIMS ADMINISTRATOR DEADLINES; Case No. C-06-3153 CW**

1

## <u>ECF CERTIFICATION</u>

Pursuant to General Order No. 45.X.B., the filing attorney attests that he has obtained concurrence regarding the filing of this document from each of the signatories to the document.

-6-