SEYFARTH SHAW LLP
Gilmore F. Diekmann, Jr. (SBN 050400)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
Email: gdiekmann@seyfarth.com

SEYFARTH SHAW LLP
Michael L. Gallion (SBN 189128)
William C. Thomas (SBN 241789)
2029 Century Park East #3300
Los Angeles, CA 90067-3063
Telephone: (310) 277-7200
Facsimile:  (310) 201-5219
Email: mgallion@seyfarth.com
Email: wthomas@seyfarth.com

Attorneys for Defendants
MCCORMICK & SCHMICK'S
SEAFOOD RESTAURANTS, INC. and
MCCORMICK & SCHMICK'S RESTAURANT CORP.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA WYNNE and DANTE BYRD, ON BEHALF OF THEMSELVES AND CLASSES OF THOSE SIMILARLY SITUATED,<br><br>              Plaintiffs,<br><br>        v.<br><br>MCCORMICK & SCHMICK'S SEAFOOD RESTAURANTS, INC. and MCCORMICK & SCHMICK RESTAURANT CORP.,<br><br>              Defendants. | Case No. CV-06-3153 CW<br><br>**STIPULATION AND ORDER TO ACCOUNT FOR CLAIMANTS WHO PREVIOUSLY SETTLED RACE DISCRIMINATION CLAIMS ENCOMPASSED BY CONSENT DECREE** |

/ / /

/ / /

/ / /

---

STIPULATION AND [PROPOSED] ORDER TO ACCOUNT FOR CLAIMANTS WHO PREVIOUSLY SETTLED RACE DISCRIMINATION CLAIMS ENCOMPASSED BY CONSENT DECREE

1   WHEREAS, on August 7, 2008, this Court held a Final Approval Hearing on this Class
2   Action Settlement and entered an Order granting Plaintiffs' Motion For Final Approval of Class
3   Action Settlement;
4   WHEREAS, between 2003 and 2007, Defendants settled six individual race
5   discrimination claims brought by former employees Andre Cox, Anuheia Richardson, Donald
6   Stanfield, Shannon Campbell, Kevin Fuller and Bryant Storey;
7   WHEREAS, each of these six former employees of Defendants settled and fully released
8   their respective race discrimination claims in exchange for a monetary payment;
9   WHEREAS, counsel for Defendants have shared the six individual settlement agreements
10  with Class Counsel to demonstrate that all six persons have previously settled claims of race
11  discrimination and that the individual employees did not work for Defendants for any period of
12  time subsequent to the execution of their respective settlement agreements;
13  WHEREAS, the six individuals Andre Cox, Anuheia Richardson, Donald Stanfield,
14  Shannon Campbell, Kevin Fuller and Bryant Storey filed claims with the Claims Administrator
15  to participate in the monetary settlement of this Class Action; and
16  WHEREAS, the parties to this Stipulation are in agreement that these six class claimants
17  have previously resolved their respective race discrimination claims with Defendants in
18  exchange for a monetary payment and that each claimant should therefore not receive an
19  additional payment as a claimant in this Class Settlement.
20  IT IS HEREBY STIPULATED BY AND BETWEEN COUNSEL FOR THE PARTIES:
21  the six claimants Andre Cox, Anuheia Richardson, Donald Stanfield, Shannon Campbell, Kevin
22  Fuller and Bryant Storey did resolve with Defendants individual claims of race discrimination
23  prior to the entry of this Court's Order dated August 7, 2008; and therefore their six individual
24  claims submitted to the Claims Administrator for this Class Action should be denied.
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED: August 8, 2008 | SEYFARTH SHAW LLP |
| 2 | | By  /s/  William C. Thomas III |
| 3 | |       William C. Thomas III |
| 4 | | I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document. |
| 5 | | |
| 6 | | |
| 7 | | Attorneys for Defendants |
| 8 | | MCCORMICK & SCHMICK'S SEAFOOD RESTAURANTS, INC. and MCCORMICK & SCHMICK'S RESTAURANT CORP. |
| 9 | | |
| 10 | | |
| 11 | DATED: August 8, 2008 | By: /s/ James M. Finberg |
| 12 | | I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document. |

James M. Finberg
James M. Finberg (SBN 114850)
Eve H. Cervantez (SB 164709)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jfinberg@altshulerberzon.com
E-Mail: ecervantez@altshulerberzon.com

Kelly M. Dermody (SBN 171716)
Jahan C. Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

2
STIPULATION AND [PROPOSED] ORDER TO ACCOUNT FOR CLAIMANTS WHO PREVIOUSLY SETTLED RACE DISCRIMINATION CLAIMS ENCOMPASSED BY CONSENT DECREE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Robert Rubin (SBN 085084)
Diana C. Tate (SBN 232264
THE LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAYAREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone (415) 543-9444
Facsimile: (415) 543-0296
E-Mail: rrubin@lccr.com
E-Mail: dtate@lccr.com

Thomas A. Warren
THOMAS A. WARREN LAW OFFICES
2032 Thomasville Rd #D
Tallahassee, FL 32308-0734
telephone: (850) 385-1551
Facsimile: (850) 385-6008
Email: tw@nettally.com

Bill Lann Lee (SBN 108452)
Todd F. Jackson (SBN 202598)
Vincent Cheng (SBN 230827)
Lindsay Nako (SBN 239090)
LEWIS, FEINBERG, LEE, RENAKER &
JACKSON, P.C.
1300 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824

Facsimile: (510) 839-7839
Email: blee@lewisfeinberg.com
Email: tjackson@lewisfeinberg.com
Email: vcheng@lewisfeinberg.com
Email: lnako@lewisfeinberg.com

Gary Lafayette (SBN 08866)
LAFAYETTE & KUMAGAI
100 Spear Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605
flafayette@lkclaw.com

STIPULATION AND [PROPOSED] ORDER TO ACCOUNT FOR CLAIMANTS WHO PREVIOUSLY
SETTLED RACE DISCRIMINATION CLAIMS ENCOMPASSED BY CONSENT DECREE

Eric Kingsley (SBN 185123)
KINGSLEY & KINSGSLEY
16133 Venture Blvd., Suite 1200
Encino, CA 91436
Telephone: (818) 990-8300
Facsimile: (818) 990-2903
Email: kingsleylaw@aol.com

*Attorneys for Plaintiffs and the proposed Class Members* JUANITA WYNNE and DANTE BYRD, on behalf of themselves and classes of those similarly situated

## ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED.

Date: 8/11/08

Hon. Claudia Wilken
United States District Judge

---

4
STIPULATION AND [PROPOSED] ORDER TO ACCOUNT FOR CLAIMANTS WHO PREVIOUSLY SETTLED RACE DISCRIMINATION CLAIMS ENCOMPASSED BY CONSENT DECREE
LA1 6717613