1  SEYFARTH SHAW LLP
   William C. Thomas (SBN 241789)
2  2029 Century Park East #3300
   Los Angeles, CA 90067-3063
3  Telephone: (310) 277-7200
   Facsimile:  (310) 201-5219
4  Email: wthomas@seyfarth.com

5  Attorneys for Defendants
   MCCORMICK & SCHMICK'S SEAFOOD
6  RESTAURANTS, INC. and MCCORMICK &
   SCHMICK'S RESTAURANT CORP.
7

8  James M. Finberg (SBN 114850)
   Eve H. Cervantez (SBN 164709)
9  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
10 San Francisco, CA 94108
   Telephone: (415) 421-7151
11 Facsimile: (415) 362-8064
12 E-Mail: jfinberg@altshulerberzon.com
13 E-Mail: ecervantez@altshulerberzon.com

14 Kelly M. Dermody (SBN 171716)
15 Jahan C. Sagafi (SBN 224887)
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
16 275 Battery Street, 30th Floor
17 San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
18 Facsimile: (415) 956-1008
19 E-Mail: kdermody@lchb.com
   E-Mail: jsagafi@lchb.com
20 Attorneys for Plaintiffs and proposed Classes
   *Additional Counsel on the signature page*
21

22              UNITED STATES DISTRICT COURT

23        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

24 JUANITA WYNNE and DANTE              )  Case No. C-06-3153 CW
   BYRD, ON BEHALF OF                   )
25 THEMSELVES AND CLASSES OF            )
   THOSE SIMILARLY SITUATED,            )
                                        )  **JOINT STIPULATION AND**
26              Plaintiffs,             )  **ORDER EXTENDING TIME FOR**
                                        )  **DEFENDANTS TO SUBMIT**
27         v.                           )  **PROGRESS REPORT TO**
                                        )  **DIVERSITY MONITOR AND**
28 MCCORMICK & SCHMICK'S                )  **CLASS COUNSEL**

JOINT  STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO PRODUCE REPORT

1  SEAFOOD RESTAURANTS, INC. and  )
   MCCORMICK & SCHMICK              )
2  RESTAURANT CORP.,                )
                                    )
3           Defendants.             )
                                    )
   _____ )

WHEREAS, this Court entered final approval of the Consent Decree on August 6, 2008;

WHEREAS, Section XVIII(C) of the Consent Decree requires Defendants to submit an annual Progress Report to the Diversity Monitor and Class Counsel on an annual basis and provides that the reports are due 30 days after the close of designated reporting periods;

WHEREAS the Consent Decree requires that Defendants analyze hiring and applicant flow data to determine whether Defendants have met certain hiring benchmarks as set forth in the Consent Decree;

WHEREAS, to be able report on whether Defendants have met the hiring benchmarks, Defendants must necessarily gather hiring and applicant flow data from each of its restaurant locations to be analyzed to be able to determine whether the hiring benchmarks have been met for that reporting year;

WHEREAS, Defendants now recognize that additional time is required to gather and analyze the hiring and applicant flow data to determine whether Defendants have met the hiring benchmarks and to submit its Progress Report to the Diversity Monitor and Class Counsel;

WHEREAS, the Parties have met and conferred on this issue, and Class Counsel does not oppose Defendants' proposal that the Consent Decree be amended to provide Defendants with additional time (from 30 days to 90 days) to submit the annual Progress Report; and

WHEREAS, the Parties agree that this proposed amendment to extend the due date for submission of the Progress Report to the Diversity Monitor and Class Counsel does not materially alter Defendants' obligations under the Consent Decree.

1

1        IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that

2    Section XVIII(C) of  the Consent Decree will be amended as follows:

3        C.    Reporting Schedule.  The Company shall provide Progress Reports to

4    the Diversity Monitor and Class Counsel regarding the Company's compliance

5    with the Decree's requirements 90 days after the close of the following reporting

6    periods: 1) Months 1-12 after the Final Approval Date; 2) Months 13-24 after the

7    Final Approval Date; 3) Months 25-36 after the Final Approval Date; Months 37-

8    48 after the Final Approval Date; and, if the Consent Decree

9    has not been terminated pursuant to Section V(B), 5) Months 49-56 after the Final

10   Approval Date.

11       I hereby attest that I have on file all holograph signatures for any signatures

12   indicated by a "conformed" signature (/s/) within this e-filed document.

13   DATED: September___, 2009

By:    /s/ James M. Finberg           
    James M. Finberg
James M. Finberg (SBN 114850)
Eve H. Cervantez (SB 164709)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jfinberg@altshulerberzon.com
E-Mail: ecervantez@altshulerberzon.com

Kelly M. Dermody (SBN 171716)
Jahan C. Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO PRODUCE REPORT

Robert Rubin (SBN 085084)
Diana C. Tate (SBN 232264
THE LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY
AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone (415) 543-9444
Facsimile: (415) 543-0296
E-Mail: rrubin@lccr.com
E-Mail: dtate@lccr.com

Thomas A. Warren
THOMAS A. WARREN LAW OFFICES
2032 Thomasville Rd #D
Tallahassee, FL 32308-0734
telephone: (850) 385-1551
Facsimile: (850) 385-6008
Email: tw@nettally.com

Bill Lann Lee (SBN 108452)
Todd F. Jackson (SBN 202598)
Vincent Cheng (SBN 230827)
Lindsay Nako (SBN 239090)
LEWIS, FEINBERG, LEE, RENAKER &
JACKSON, P.C.
1300 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: blee@lewisfeinberg.com
Email: tjackson@lewisfeinberg.com
Email: vcheng@lewisfeinberg.com
Email: lnako@lewisfeinberg.com

Gary Lafayette (SBN 08866)
LAFAYETTE & KUMAGAI
100 Spear Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605
flafayette@lkclaw.com

Eric Kingsley (SBN 185123)
KINGSLEY & KINSGSLEY
16133 Venture Blvd., Suite 1200
Encino, CA 91436
Telephone: (818) 990-8300
Facsimile: (818) 990-2903
Email: kingsleylaw@aol.com

*Attorneys for Plaintiffs and the proposed Class Members* JUANITA WYNNE and DANTE BYRD, on behalf of themselves and classes of those similarly situated

/ / /

/ / /

/ / /

4

1    DATED: September 28, 2009        SEYFARTH SHAW LLP

2

3                                     By_____/s/__William C. Thomas III_____
                                          William C. Thomas III
4                                     *One of the Attorneys for Defendants*
                                      MCCORMICK & SCHMICK'S SEAFOOD
5                                     RESTAURANTS, INC. AND MCCORMICK &
                                      SCHMICK'S RESTAURANT CORP.
6

7

8                                    **ORDER**

9        The foregoing stipulation is approved, and IT IS SO ORDERED.

10                   10/1
     DATED:  _____, 2009
11
                                     _____
12                                   HONORABLE CLAUDIA WILKEN
                                     Judge, United States District Court
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO PRODUCE REPORT