SEYFARTH SHAW LLP
William C. Thomas (SBN 241789)
2029 Century Park East #3300
Los Angeles, CA 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
Email: wthomas@seyfarth.com

Attorneys for Defendants
MCCORMICK & SCHMICK'S SEAFOOD RESTAURANTS, INC. and MCCORMICK & SCHMICK'S RESTAURANT CORP.

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jfinberg@altshulerberzon.com
E-Mail: ecervantez@altshulerberzon.com

Attorneys for Plaintiffs and proposed Classes
*Additional Counsel on the signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA WYNNE and DANTE BYRD, ON BEHALF OF THEMSELVES AND CLASSES OF THOSE SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>MCCORMICK & SCHMICK'S SEAFOOD RESTAURANTS, INC. and MCCORMICK & SCHMICK RESTAURANT CORP.,<br><br>Defendants. | Case No. C-06-3153 CW<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO SUBMIT PROGRESS REPORT TO DIVERSITY MONITOR AND CLASS COUNSEL** |

/ / /

/ / /

/ / /

1    WHEREAS, this Court entered final approval of the Consent Decree on
2 August 6, 2008;
3    WHEREAS, Section XVIII(C) of the Consent Decree requires Defendants to
4 submit an annual Progress Report to the Diversity Monitor and Class Counsel on
5 an annual basis and provides that the reports are due 30 days after the close of
6 designated reporting periods;
7    WHEREAS, the Consent Decree requires that Defendants report, among
8 other things, whether certain hiring benchmarks for the hiring of African-American
9 job applicants are met in a given reporting year;
10    WHEREAS, this Court entered an Order dated October 1, 2009, amending
11 Section XVIII(C) of the Consent Decree to give Defendants 90 days after the close
12 of the designated reporting periods to submit the Annual Progress Report;
13    WHEREAS, for the 2009 reporting period, Defendants require an additional
14 two weeks to complete the hiring benchmark analysis due to an unavoidable delay
15 in the collection of applicant flow data and subsequent data analyses;
16    WHEREAS, the Parties have met and conferred on this issue, and Class
17 Counsel does not oppose Defendants' proposal that Defendants be provided an
18 additional two weeks to submit the first progress report for the 2009 reporting year;
19 and
20    WHEREAS, the Parties agree that this proposed two-week extension to
21 extend the date for submission of the first Progress Report to the Diversity Monitor
22 and Class Counsel does not materially alter Defendants' obligations under the
23 Consent Decree.
24    IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that
25 Defendants shall have an additional two weeks to submit the first annual Progress
26 Report as set forth in Section XVIII(C) of the Consent Decree, as previously
27 amended by Court Order.
28

1   I hereby attest that I have on file all holograph signatures for any signatures
2   indicated by a "conformed" signature (/s/) within this e-filed document.

3   DATED: November 9, 2009

By:   /s/ James M. Finberg
James M. Finberg
James M. Finberg (SBN 114850)
Eve H. Cervantez (SB 164709)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jfinberg@altshulerberzon.com
E-Mail: ecervantez@altshulerberzon.com

Kelly M. Dermody (SBN 171716)
Jahan C. Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

Robert Rubin (SBN 085084)
Diana C. Tate (SBN 232264
THE LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO BAY
AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone (415) 543-9444
Facsimile: (415) 543-0296
E-Mail: rrubin@lccr.com
E-Mail: dtate@lccr.com

Thomas A. Warren
THOMAS A. WARREN LAW OFFICES
2032 Thomasville Rd #D

2
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO PRODUCE REPORT

```
 1                              Tallahassee, FL 32308-0734
                                telephone: (850) 385-1551
 2                              Facsimile: (850) 385-6008
 3                              Email: tw@nettally.com
                                Bill Lann Lee (SBN 108452)
 4                              Todd F. Jackson (SBN 202598)
 5                              Vincent Cheng (SBN 230827)
                                Lindsay Nako (SBN 239090)
 6                              LEWIS, FEINBERG, LEE, RENAKER &
 7                              JACKSON, P.C.
                                1300 Broadway, Suite 1800
 8                              Oakland, CA 94612
 9                              Telephone: (510) 839-6824
                                Facsimile: (510) 839-7839
10                              Email: blee@lewisfeinberg.com
11                              Email: tjackson@lewisfeinberg.com
                                Email: vcheng@lewisfeinberg.com
12                              Email: lnako@lewisfeinberg.com
13
                                Gary Lafayette (SBN 08866)
14                              LAFAYETTE & KUMAGAI
15                              100 Spear Street, Suite 400
                                San Francisco, CA 94105
16                              Telephone: (415) 357-4600
17                              Facsimile: (415) 357-4605
                                flafayette@lkclaw.com
18
19                              Eric Kingsley (SBN 185123)
                                KINGSLEY & KINSGSLEY
20                              16133 Venture Blvd., Suite 1200
21                              Encino, CA 91436
                                Telephone: (818) 990-8300
22                              Facsimile: (818) 990-2903
23                              Email: kingsleylaw@aol.com
24
                                *Attorneys for Plaintiffs and the proposed Class
25                              Members* JUANITA WYNNE and DANTE
                                BYRD, on behalf of themselves and classes of
26                              those similarly situated
27
28


                                        3
      JOINT  STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO PRODUCE REPORT
```

1  DATED: November 9, 2009          SEYFARTH SHAW LLP

3                                   By   /s/   William C. Thomas III
                                         William C. Thomas III
                                   *One of the Attorneys for Defendants*
                                   MCCORMICK & SCHMICK'S SEAFOOD
                                   RESTAURANTS, INC. AND MCCORMICK &
                                   SCHMICK'S RESTAURANT CORP.

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

DATED:  11/10           , 2009

*(signature)*

HONORABLE CLAUDIA WILKEN
Judge, United States District Court