1  SEYFARTH SHAW LLP
   William C. Thomas (SBN 241789)
2  2029 Century Park East #3300
   Los Angeles, CA 90067-3063
3  Telephone: (310) 277-7200
   Facsimile:  (310) 201-5219
4  Email: wthomas@seyfarth.com

5  Attorneys for Defendants
   MCCORMICK & SCHMICK'S SEAFOOD
6  RESTAURANTS, INC. and MCCORMICK &
7  SCHMICK'S RESTAURANT CORP.

8  James M. Finberg (SBN 114850)
   Eve H. Cervantez (SBN 164709)
9  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
10 San Francisco, CA 94108
11 Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
12 E-Mail: jfinberg@altshulerberzon.com
13 E-Mail: ecervantez@altshulerberzon.com
   Attorneys for Plaintiffs and proposed Classes
14 *Additional Counsel on the signature page*

15                 UNITED STATES DISTRICT COURT
16                 NORTHERN DISTRICT OF CALIFORNIA

17 JUANITA WYNNE and DANTE           )
   BYRD, ON BEHALF OF                )   Case No. C-06-3153 CW
18 THEMSELVES AND CLASSES OF         )
   THOSE SIMILARLY SITUATED,         )
19                                   )   **JOINT STIPULATION AND**
              Plaintiffs,            )   **[PROPOSED] ORDER**
20                                   )   **EXTENDING TIME FOR**
         v.                          )   **DEFENDANTS TO SUBMIT**
21                                   )   **PROGRESS REPORT TO**
   MCCORMICK & SCHMICK'S             )   **DIVERSITY MONITOR AND**
22 SEAFOOD RESTAURANTS, INC. and     )   **CLASS COUNSEL**
   MCCORMICK & SCHMICK               )
23 RESTAURANT CORP.,                 )
                                     )
24            Defendants.            )
                                     )
25

26 / / /
27 / / /
28 / / /

JOINT  STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO PRODUCE REPORT

1    WHEREAS, this Court entered final approval of the Consent Decree on
2 August 6, 2008;
3    WHEREAS, Section XVIII(C) of the Consent Decree requires Defendants to
4 submit an annual Progress Report to the Diversity Monitor and Class Counsel on
5 an annual basis and provides that the reports are due 30 days after the close of
6 designated reporting periods;
7    WHEREAS, the Consent Decree requires that Defendants report, among
8 other things, whether certain hiring benchmarks for the hiring of African-American
9 job applicants are met in a given reporting year;
10    WHEREAS, this Court entered an Order dated October 1, 2009, amending
11 Section XVIII(C) of the Consent Decree to give Defendants 90 days after the close
12 of the designated reporting periods to submit the Annual Progress Report;
13    WHEREAS, on November 10, 2009, this Court entered an Order granting
14 the Parties' stipulation that Defendants be provided an extension of two weeks to
15 submit its first annual progress report to the Diversity Monitor and Class Counsel;
16    WHEREAS, Defendants require an additional one-week extension to re-run
17 the hiring benchmark analyses after it was discovered upon reviewing the initial
18 benchmark analyses that hire data used to generate the benchmark analyses was
19 not complete;
20    WHEREAS, the Parties have met and conferred on this issue, and Class
21 Counsel does not oppose Defendants' proposal that Defendants be provided an
22 additional week to submit the first progress report for the 2009 reporting year; and
23    WHEREAS, the Parties agree that this proposed one-week extension to
24 extend the date for submission of the first Progress Report to the Diversity Monitor
25 and Class Counsel does not materially alter Defendants' obligations under the
26 Consent Decree.
27    IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that
28 Defendants shall have an additional one week to submit the first annual Progress

1

JOINT  STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO PRODUCE REPORT

1  Report as set forth in Section XVIII(C) of the Consent Decree, as previously
2  amended by Court Order.
3         I hereby attest that I have on file all holograph signatures for any signatures
4  indicated by a "conformed" signature (/s/) within this e-filed document.

5  DATED: November 20, 2009          By:   /s/ James M. Finberg
6                                               James M. Finberg
7                                    James M. Finberg (SBN 114850)
                                     Eve H. Cervantez (SB 164709)
8                                    ALTSHULER BERZON LLP
                                     177 Post Street, Suite 300
9                                    San Francisco, CA 94108
10                                   Telephone: (415) 421-7151
                                     Facsimile: (415) 362-8064
11                                   E-Mail: jfinberg@altshulerberzon.com
12                                   E-Mail: ecervantez@altshulerberzon.com

13
                                     Kelly M. Dermody (SBN 171716)
14                                   Jahan C. Sagafi (SBN 224887)
15                                   LIEFF, CABRASER, HEIMANN &
                                     BERNSTEIN, LLP
16                                   275 Battery Street, 30th Floor
17                                   San Francisco, CA 94111-3339
                                     Telephone: (415) 956-1000
18                                   Facsimile: (415) 956-1008
19                                   E-Mail: kdermody@lchb.com
                                     E-Mail: jsagafi@lchb.com
20
21                                   Robert Rubin (SBN 085084)
                                     Diana C. Tate (SBN 232264
22                                   THE LAWYERS' COMMITTEE FOR CIVIL
23                                   RIGHTS OF THE SAN FRANCISCO BAY
                                     AREA
24                                   131 Steuart Street, Suite 400
25                                   San Francisco, CA 94105
                                     Telephone (415) 543-9444
26                                   Facsimile: (415) 543-0296
27                                   E-Mail: rrubin@lccr.com
                                     E-Mail: dtate@lccr.com
28

| | |
|---|---|
| 1 | Thomas A. Warren |
| 2 | THOMAS A. WARREN LAW OFFICES |
| | 2032 Thomasville Rd #D |
| 3 | Tallahassee, FL 32308-0734 |
| 4 | telephone: (850) 385-1551 |
| | Facsimile: (850) 385-6008 |
| 5 | Email: tw@nettally.com |
| 6 | Bill Lann Lee (SBN 108452) |
| | Todd F. Jackson (SBN 202598) |
| 7 | Vincent Cheng (SBN 230827) |
| 8 | Lindsay Nako (SBN 239090) |
| | LEWIS, FEINBERG, LEE, RENAKER & |
| 9 | JACKSON, P.C. |
| 10 | 1300 Broadway, Suite 1800 |
| | Oakland, CA 94612 |
| 11 | Telephone: (510) 839-6824 |
| 12 | Facsimile: (510) 839-7839 |
| | Email: blee@lewisfeinberg.com |
| 13 | Email: tjackson@lewisfeinberg.com |
| 14 | Email: vcheng@lewisfeinberg.com |
| | Email: lnako@lewisfeinberg.com |
| 15 | |
| 16 | Gary Lafayette (SBN 08866) |
| | LAFAYETTE & KUMAGAI |
| 17 | 100 Spear Street, Suite 400 |
| 18 | San Francisco, CA 94105 |
| | Telephone: (415) 357-4600 |
| 19 | Facsimile: (415) 357-4605 |
| 20 | flafayette@lkclaw.com |
| 21 | Eric Kingsley (SBN 185123) |
| 22 | KINGSLEY & KINSGSLEY |
| | 16133 Venture Blvd., Suite 1200 |
| 23 | Encino, CA 91436 |
| 24 | Telephone: (818) 990-8300 |
| | Facsimile: (818) 990-2903 |
| 25 | Email: kingsleylaw@aol.com |
| 26 | |
| 27 | *Attorneys for Plaintiffs and the proposed Class Members* JUANITA WYNNE and DANTE |
| 28 | BYRD, on behalf of themselves and classes of those similarly situated |

3

JOINT  STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO PRODUCE REPORT

1
2   DATED: November 20, 2009        SEYFARTH SHAW LLP
3
4                                   By____/s/   William C. Thomas III____
                                          William C. Thomas III
5                                   *One of the Attorneys for Defendants*
                                    MCCORMICK & SCHMICK'S SEAFOOD
6                                   RESTAURANTS, INC. AND MCCORMICK &
                                    SCHMICK'S RESTAURANT CORP.
7
8
9                              **ORDER**
10      The foregoing stipulation is approved, and IT IS SO ORDERED.
11
        DATED:  ____12/10____, 2009           [signature]
12
                                    _____
13                                  HONORABLE CLAUDIA WILKEN
                                    Judge, United States District Court
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                    4

# PROOF OF SERVICE
USDC Case No. C 06 3153 CW

STATE OF CALIFORNIA           )
                              )  ss
COUNTY OF LOS ANGELES         )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On **November 20, 2009**, I served the within documents:

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO SUBMIT PROGRESS REPORT TO DIVERSITY MONITOR AND CLASS COUNSEL**

☐ I sent such document from facsimile machine (310) 201-5219 on **November 20, 2009**. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☒ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

☒ electronically by using the Court's ECF/CM System.

**\*\* REFER TO ATTACHED SERVICE LIST \*\***

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on **November 20, 2009**, at Los Angeles, California.

_____
Karla Villalobos-Roque

LA1 6692373.1

# SERVICE LIST

*United States District Court, Northern District of California*
*Oakland Division, Case No. C 06 3153 CW*

JUANITA WYNNE and DANTE BYRD, ON BEHALF OF THEMSELVES AND CLASSES OF THOSE SIMILARLY SITUATED,

        Plaintiffs,

   v.

MCCORMICK & SCHMICK'S SEAFOOD RESTAURANTS, INC. and MCCORMICK & SCHMICK RESTAURANT CORP.,

        Defendants.

| **PARTIES FOR PLAINTIFFS** | |
|---|---|
| Jahan C. Sagafi, Esq.<br>Kelly M. Dermody, Esq.<br>**LEIFF, CABRASER, HEIMANN & BERNSTEIN LLP**<br>275 Battery Street, 30th Floor<br>San Francisco, CA  94111-3339<br>*VIA CM/ECF* | Email:  (jsagafi@lchb.com)<br>Email:  (kdermody@lchb.com)<br>Phone: (415) 956-1000<br>Fax:     (415) 956-1008 |
| James M. Finberg, Esq.<br>Eva H. Cervantez<br>**Altshuler Berzon LLP**<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>*VIA CM/ECF* | Email: (jfinberg@altshulerberzon.com)<br>Email: ecervantez@altshulerberzon.com<br>Phone: (415) 421-7151<br>Fax:: (415) 362-8064 |
| Bill Lann Lee, Esq.<br>Vincent Cheng, Esq.<br>**Lewis, Feinberg, Lee, Renaker & Jackson, LLP**<br>1330 Broadway, Suite 1800<br>Oakland, CA 94612-2509<br>*VIA CM/ECF* | Email: (blee@lewisfeinberg.com)<br>Email: (vcheng@lewisfeinberg.com)<br>Phone: (510) 839-6824<br>Fax: (510) 839-7839 |
| Robert Rubin, Esq.<br>Diana C. Tate, Esq.<br>**THE LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA**<br>131 Steuart Street, Suite 400<br>San Francisco, CA  94105<br>*VIA CM/ECF* | Email:  (rrubin@lccr.com)<br>Email:  (dtate@lccr.com)<br>Phone: (415) 543-9444<br>Fax:     (415) 543-0296 |
| Thomas A. Warren, Esq.<br>**THOMAS A. WARREN LAW OFFICES**<br>2032 Thomasville Rd., #D<br>Tallahassee, FL  32308-0734<br>*VIA EMAIL* | Email:  (tw@nettally.com)<br>Phone: (850) 385-1551<br>Fax:     (850) 385-6008 |

LA1 6692373.1

| | |
|---|---|
| Gary Lafayette, Esq.<br>**LAFAYETTE & KUMAGAI**<br>100 Spear Street, Suite 400<br>San Francisco, CA  94105<br>*VIA EMAIL* | Email:  (glafayette@lkclaw.com)<br>Phone: (415) 357-4600<br>Fax:     (415) 357-4605 |
| Eric Kingsley, Esq.<br>**KINGSLEY & KINGSLEY**<br>16133 Ventura Blvd., Suite 1200<br>Encino, CA  91436<br>*VIA EMAIL* | Email:  (kingsleylaw@aol.com)<br>Phone: (818) 990-8300<br>Fax:     (818) 990-2903 |

-3-

LA1 6692373.1