1  SEYFARTH SHAW LLP
   Gilmore F. Diekmann (SBN 50400)
2  560 Mission Street, 31st Floor
   San Francisco, California  94105
3  Telephone:  (415) 397-2823
   Facsimile:  (415) 397-8549
4  Email:  gdiekman@seyfarth.com

5  Attorneys for Defendants
   MCCORMICK & SCHMICK'S SEAFOOD
6  RESTAURANTS, INC. and MCCORMICK &
   SCHMICK'S RESTAURANT CORP.
7

8  James M. Finberg (SBN 114850)
   Eve H. Cervantez (SBN 164709)
9  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
10 San Francisco, CA 94108
   Telephone: (415) 421-7151
11 Facsimile: (415) 362-8064
12 E-Mail: jfinberg@altshulerberzon.com
   E-Mail: ecervantez@altshulerberzon.com
13 Attorneys for Plaintiffs and proposed Classes
   *Additional Counsel on the signature page*
14

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17 JUANITA WYNNE and DANTE        )
   BYRD, ON BEHALF OF             ) Case No. C-06-3153 CW
18 THEMSELVES AND CLASSES OF      )
   THOSE SIMILARLY SITUATED,      )
19                                ) **JOINT STIPULATION AND
                 Plaintiffs,      ) [PROPOSED] ORDER
20                                ) EXTENDING TIME FOR
        v.                        ) DEFENDANTS TO SUBMIT
21                                ) PROGRESS REPORT TO
   MCCORMICK & SCHMICK'S          ) DIVERSITY MONITOR AND
22 SEAFOOD RESTAURANTS, INC. and  ) CLASS COUNSEL**
   MCCORMICK & SCHMICK            )
23 RESTAURANT CORP.,              )
                                  )
24               Defendants.      )
                                  )
25

26 / / /

27 / / /

28 / / /

---

JOINT  STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO PRODUCE REPORT

1    WHEREAS, this Court entered final approval of the Consent Decree on
2    August 6, 2008;
3    WHEREAS, Section XVIII(C) of the Consent Decree requires Defendants to
4    submit an annual Progress Report to the Diversity Monitor and Class Counsel on
5    an annual basis and provides that the reports are due 30 days after the close of
6    designated reporting periods;
7    WHEREAS, the Consent Decree requires that Defendants report, among
8    other things, whether certain hiring benchmarks for the hiring of African-American
9    job applicants are met in a given reporting year;
10   WHEREAS, this Court entered an Order dated October 1, 2009, amending
11   Section XVIII(C) of the Consent Decree to give Defendants 90 days after the close
12   of the designated reporting periods to submit the Annual Progress Report;
13   WHEREAS, for the second Annual Progress Report, Defendants require an
14   additional extension through December 10, 2010, to ensure the accuracy and
15   integrity of applicant flow data used to analyze hiring benchmarks required by the
16   Consent Decree;
17   WHEREAS, the Parties have met and conferred on this issue, and Class
18   Counsel does not oppose Defendants' proposal that Defendants be provided an
19   extension of time to submit the second Annual Progress Report for the 2010
20   reporting year; and
21   WHEREAS, the Parties agree that this stipulated extension of time to extend
22   the date for submission of the second Progress Report to the Diversity Monitor and
23   Class Counsel does not materially alter Defendants' obligations under the Consent
24   Decree.
25   IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that
26   Defendants shall have through December 10, 2010 to submit the second annual
27   ///
28   ///

1
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO PRODUCE REPORT

Progress Report as set forth in Section XVIII(C) of the Consent Decree, as previously amended by Court Order.

DATED: November 10, 2010

By: /s/ James M. Finberg
James M. Finberg
James M. Finberg (SBN 114850)
Eve H. Cervantez (SB 164709)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jfinberg@altshulerberzon.com
E-Mail: ecervantez@altshulerberzon.com

Kelly M. Dermody (SBN 171716)
Jahan C. Sagafi (SBN 224887)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: jsagafi@lchb.com

Robert Rubin (SBN 085084)
Diana C. Tate (SBN 232264
THE LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone (415) 543-9444
Facsimile: (415) 543-0296
E-Mail: rrubin@lccr.com
E-Mail: dtate@lccr.com

```
 1                              Thomas A. Warren
                                THOMAS A. WARREN LAW OFFICES
 2                              2032 Thomasville Rd #D
                                Tallahassee, FL 32308-0734
 3                              telephone: (850) 385-1551
                                Facsimile: (850) 385-6008
 4                              Email: tw@nettally.com
                                Bill Lann Lee (SBN 108452)
 5                              Todd F. Jackson (SBN 202598)
                                Vincent Cheng (SBN 230827)
 6                              Lindsay Nako (SBN 239090)
                                LEWIS, FEINBERG, LEE, RENAKER &
 7                              JACKSON, P.C.
                                1300 Broadway, Suite 1800
 8                              Oakland, CA 94612
                                Telephone: (510) 839-6824
 9                              Facsimile: (510) 839-7839
                                Email: blee@lewisfeinberg.com
10                              Email: tjackson@lewisfeinberg.com
                                Email: vcheng@lewisfeinberg.com
11                              Email: lnako@lewisfeinberg.com
12
                                Gary Lafayette (SBN 08866)
13                              LAFAYETTE & KUMAGAI
                                100 Spear Street, Suite 400
14                              San Francisco, CA 94105
                                Telephone: (415) 357-4600
15                              Facsimile: (415) 357-4605
                                flafayette@lkclaw.com
16
17                              Eric Kingsley (SBN 185123)
                                KINGSLEY & KINSGSLEY
18                              16133 Venture Blvd., Suite 1200
                                Encino, CA 91436
19                              Telephone: (818) 990-8300
                                Facsimile: (818) 990-2903
20                              Email: kingsleylaw@aol.com
21
                                *Attorneys for Plaintiffs and the proposed Class
22                              Members* JUANITA WYNNE and DANTE
                                BYRD, on behalf of themselves and classes of
23                              those similarly situated
```

3

JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO PRODUCE REPORT

DATED: November 10, 2010        SEYFARTH SHAW LLP

By____/s/   Gilmore F. Diekmann_____
            Gilmore F. Diekmann
*Attorneys for Defendants*
MCCORMICK & SCHMICK'S SEAFOOD RESTAURANTS, INC. AND MCCORMICK & SCHMICK'S RESTAURANT CORP.

## **ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

DATED:   __**November 15**_____, 2010            _____
                                                  HONORABLE CLAUDIA WILKEN
                                                  Judge, United States District Court